**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6710**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DARRYLE EDWARD ROBERTSON, a/k/a Tiger,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:01-cr-00304-GLR-3)

Submitted:  July 22, 2022                                  Decided:  August 3, 2022

Before AGEE, RUSHING, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryle Edward Robertson, Appellant Pro Se.  Jonathan Scott Tsuei, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryle Edward Robertson appeals the district court's order denying his motion for a sentence reduction pursuant to Section 404(b) of the First Step Act of 2018, Pub L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and find no reversible error. After finding that Robertson was eligible for a sentence reduction, the court considered the statutory range, the advisory Sentencing Guidelines range, the 18 U.S.C. § 3553(a) sentencing factors, and Robertson's post-sentencing conduct and rehabilitative efforts.  *See United States v. Collington*, 995 F.3d 347, 358-61 (4th Cir. 2021).  The court reasonably determined that the nature and circumstances of Robertson's offense and other appropriate factors weighed against a sentence reduction.  Accordingly, we affirm the district court's order.  *United States v. Robertson*, No. 1:01-cr-00304-GLR-3 (D. Md. Apr. 19, 2021).  We deny the motions for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*